IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC. and WISCONSIN ALUMNI RESEARCH FOUNDATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-1012 (GMS) |
| DR. REDDY'S LABORATORIES LTD. and DR. REDDY'S LABORATORIES INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, AbbVie Inc. and Wisconsin Alumni Research Foundation (collectively "Plaintiffs") and Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc. ("Defendants") that:

(1) No party admits liability;

(2) Each party shall bear its own costs, attorney fees, and expenses incurred in connection with the claims dismissed by this Order;

(3) Plaintiffs' claims against Defendants are dismissed without prejudice; and

(4) Defendants' counterclaims against Plaintiffs are dismissed without prejudice.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Neal C. Belgam* |
| Mary B. Graham (#2256) | Neal C. Belgam (#2721) |
| Derek J. Fahnestock (#4705) | The Corporate Plaza |
| 1201 N. Market Street | 800 Delaware Avenue |
| P.O. Box 1347 | Suite 1000 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 652-8400 |
| mgraham@mnat.com | nbelgam@skjlaw.com |
| dfahnestock@mnat.com | *Attorneys for Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc.* |
| *Attorneys for Plaintiffs AbbVie Inc. and Wisconsin Alumni Research Foundation* | |

OF COUNSEL:

Michael A. Morin
David P. Frazier
Robert F. Shaffer
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

OF COUNSEL:

Andrew J. Miller
Frank D. Rodriguez
BUDD LARNER, P.C.
150 JFK Parkway
Short Hills, NJ 07078
(973) 379-4800

October 9, 2013

SO ORDERED this ____ day of _____, 2013.

_____
Chief, United States District Judge

7615803